IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | | |
|---|---|---|---|
| RUDOLPH DARIO GONZALEZ, | ) | | |
| | ) | | |
| Petitioner, | ) | Case Nos. | CV-05-290-E-BLW |
| | ) | | CR-03-19-E-BLW |
| v. | ) | | |
| | ) | **JUDGMENT** | |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Respondent. | ) | | |
| | ) | | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion filed by RUDOLPH DARIO GONZALEZ under 28 U.S.C. § 2255 is DISMISSED with prejudice.

DATED: **March 31, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**